UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID M. SHIPP,<br><br>      Plaintiff,<br><br> -against-<br><br>XAVIER BECERRA,<br><br>      Defendants. | 24 CIVIL 8094 (LTS)<br><br>CIVIL JUDGMENT |

 For the reasons stated in the January 07, 2025, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 14, 2025
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge